IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RANDY RECTOR,

      Appellant,

 v.                                                                Case No.  5D21-1753
                                                 LT Case No. 2019-CF-052271-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed April 19, 2022

Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


COHEN, EDWARDS and NARDELLA, JJ., concur.